UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  4:92cr4013-WS

EMERSON DAVIS,

    Defendant.

ORDER DENYING DEFENDANT'S MOTION
FOR REHEARING

Before the court is the defendant's "Motion for Recalculation of Sentencing and Rehearing." Doc. 2075. In essence, the defendant seeks reconsideration of the court's order (doc. 2074) denying his motion for reduction in sentence pursuant to 18 U.S.C. § 3582. The government has responded (doc. 2076) in opposition to the motion, and the defendant has replied (doc. 2077).

The court finding no basis for rehearing, it is ORDERED:

The defendant's "Motion for Recalculation of Sentencing and Rehearing" (doc. 2075) is DENIED.

DONE AND ORDERED this   17th   day of    December   , 2013.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE